Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 31 PM 2:27 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2364

Magistrate Case Number: 00-CR-526

The person charged as Jesus Andres Salazar-Villa now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ______ District of Colorado with conspiracy to distribute cocaine, in violation of Title 21 USC 841(a)(1), (b)(1) (A)m (b)(1)(B); Title 21 USC 846; Title 18 USC 2.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 7/31/08.

[signature]

Ely Hebert
(Name)
~~Deputy United States Marshal~~
DEA Special Agent

Reviewed and Approved:

Dated: 7/31/2008

[signature] Dominic Karoum
Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2000 DEC -7 PM 3: 10
JAMES R. MANSPEAKER
CLERK
BY__________DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-CR-526 WM

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS ANDRES SALAZAR-VILLA,

CHIQUILIN PALMA,

MAX WILLIAM CHRISP III,
a/k/a Mexi,

MOISES GALINDO,
a/k/a Moi,

ENRIQUE GUERRA-DURAN,
a/k/a Kiki,

JUAQUIN SANTIAGO SANCHEZ,
a/k/a Keno,

MICHAEL SILLETTO, JR.,
a/k/a Fat Mike,

DOMINICK SWABACKER,
a/k/a Dom,

ALBERTO HERRERA-SILLAS,
a/k/a Beto,

Defendants.

---

**INDICTMENT**
**21 U.S.C. §§841(a)(1), (b)(1)(A), (b)(1)(B)**
**21 U.S.C. §846**
**18 U.S.C. §2**

---

**COUNT ONE**

The Grand Jury charges that:

Beginning in or about May 1997, until at least in or about September, 1999 in the District of Colorado and elsewhere, the defendants, JESUS ANDRES SALAZAR-VILLA,

CHIQUILIN PALMA, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, ENRIQUE GUERRA-DURAN a/k/a Kiki, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, DOMINICK SWABACKER a/k/a Dom, and others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally conspire, confederate, cooperate and agree to do one or more of the following: to distribute or to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

**COUNT TWO**

The Grand Jury Charges That:

In or about May 1998, in the State and District of Colorado, the defendants, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, ENRIQUE GUERRA-DURAN a/k/a Kiki, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, DOMINICK SWABACKER a/k/a Dom, did unlawfully, knowingly, and intentionally possess with intent to distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

MOISES GALINDO a/k/a Moi, and ENRIQUE GUERRA-DURAN a/k/a Kiki, are responsible for an amount of more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, MAX WILLIAM CHRISP III, a/k/a Mexi, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, and DOMINICK SWABACKER a/k/a Dom, are responsible for an amount of more than 500 grams of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18 United States Code, Section 2.

**COUNT THREE**

The Grand Jury Charges That:

In or about August 1998, in the State and District of Colorado, the defendants, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, and DOMINICK SWABACKER a/k/a Dom, did unlawfully, knowingly, and intentionally possess with intent to distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing 5 kilograms or more of a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a), (b)(1)(A), and Title 18 United States Code, Section 2.

**COUNT FOUR**

The Grand Jury Charges That:

In or about September 1998, in the State and District of Colorado, the defendants, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, ENRIQUE GUERRA-DURAN a/k/a Kiki, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, DOMINICK SWABACKER a/k/a Dom, did unlawfully, knowingly, and intentionally possess with intent to distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, and JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, and DOMINICK SWABACKER a/k/a Dom, are responsible for an amount of more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine. ENRIQUE GUERRA-DURAN a/k/a Kiki is responsible for an amount of more than 500 grams of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18 United States Code, Section 2.

**COUNT FIVE**

The Grand Jury Charges That:

In or about October 1998, in the State and District of Colorado, the defendants, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, and DOMINICK SWABACKER a/k/a Dom and ENRIQUE GUERRA-DURAN a/k/a Kiki, did unlawfully, knowingly, and intentionally possess with intent to distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing 5 kilograms or more of a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18 United States Code, Section 2.

**COUNT SIX**

The Grand Jury Charges That:

In or about October and November of 1998, in the State and District of Colorado, the defendants, MAX WILLIAM CHRISP III, a/k/a Mexi, MOISES GALINDO a/k/a Moi, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, MICHAEL SILLETTO, JR. a/k/a Fat Mike, did unlawfully, knowingly, and intentionally possess with intent to

distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

MOISES GALINDO a/k/a Moi, and JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, are responsible for an amount of more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine. MAX WILLIAM CHRISP III, a/k/a Mexi, and MICHAEL SILLETTO, JR. a/k/a Fat Mike are responsible for an amount of more than 500 grams of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18 United States Code, Section 2.

**COUNT SEVEN**

The Grand Jury charges that:

In or about August 1999, in the State and District of Colorado, the defendants, MOISES GALINDO a/k/a Moi, JUAQUIN SANTIAGO SANCHEZ a/k/a Keno, ALBERTO HERRERA-SILLAS a/k/a Beto and others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute, and did aid, abet, and cause the possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812.

MOISES GALINDO a/k/a Moi, and ALBERTO HERRERA-SILLAS a/k/a Beto, are responsible for an amount of more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine. JUAQUIN SANTIAGO SANCHEZ a/k/a Keno and ALBERTO HERRERA-SILLAS a/k/a Beto are responsible for an amount of more than 500 grams of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and Title 18 United States Code, Section 2.

A TRUE BILL:

Patricia A. Thacker
Foreperson

THOMAS L. STRICKLAND
United States Attorney

By: Greg M. Rhodes
GREGORY H. RHODES
Assistant U.S. Attorney

By: Joseph T. Urbaniak Jr.
JOSEPH T. URBANIAK, JR.
Assistant U.S. Attorney

DATE: December 6, 2000

DEFENDANT: CHIQUILIN PALMA

DOB:

ADDRESS: Unknown

OFFENSE: Count I: 21 U.S.C. §§846, 841(a)(1), (b)(1)(A)
Conspiracy to distribute or possess with intent to distribute a Schedule II controlled substance cocaine.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY FOR EACH COUNT: Count I: NLT 10 years to life imprisonment, NMT $4,000,000 fine, Or both; NMT 5 years supervised release; $100.00 Special Assessment Fee

AGENT: SA Tom Bartusiak, Drug Enforcement Administration

AUTHORIZED BY: Gregory H. Rhodes
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

00-CR-526

THE GOVERNMENT

__X__ will seek detention in this case

_____ will not seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE: __X__ Yes _____ No

# United States District Court

DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JESUS ANDRES SALAZAR-VILLA

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

00-CR-526WM

YOU ARE HEREBY COMMANDED to arrest Jesus Andres Salazar-Villa

Name

and bring him forthwith to the nearest magistrate to answer an

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy to distribute or possess with intent to distribute a Schedule II controlled substance cocaine:

in violation of Title 18 21 United States Code. Sections 2 846, 841(a)(1), (b)(1)(A), (b)(1)(B)

JAMES R. MANSPEAKER, Clerk U.S. District Court

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

12/7/00

Date and Location

BAIL FIXED AT $ ____________ by ____________

Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

2

# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

FOR USE ONLY AS AUTHORIZED BY DMV

C2071280 DRIVERS LICENSE CLASS: F EXP DATE: 07/29/2002

JESUS ANDRES SALAZAR VILLA
1084 WALNUT AVE

-ONG BEACH, CA 90813

DOB: 07/29/1963
SEX: M
HAIR: BLK HEIGHT: 504
EYES: BRN WEIGHT: 160
APP DATE: 07/26/1999 APP OFFICE: 507
ISSUE DATE: N/A ISSUE OFFICE: N/A
PHOTO DATE: 06/12/1997 PHOTO OFFICE: 507
PHOTO SEQ #: 0000
TECHNICIAN ID: 42 TYPE APP: D
RSTR:
ENDORS:



Jesus A Salazar

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. ____________________

Date ____________ Signed ____________

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

Machine: RETSTA_5
01/18/2001 14:17:18