**Minutes of the United States District Court**
**Southern District of California**
**AUGUST 14, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

---

TAPE NO.JMA08-01-15:46-15:49

| | | | |
|---|---|---|---|
| 08MJ2364-JMA | USA | vs. | JESUS ANDRES SALAZAR-VILLA 10453298(C) |
| REMOVAL/ID HRG | | | ZANDRA LOPEZ, CJA - S/A |
| | | | AUSA: GREG NOONAN |

---

DFT ADMITS IDENTITY

WAIVER FILED

ORDER FILED

3 MINS