# UNITED STATES DISTRICT COURT

PLEASE RECEIPT AND RETURN

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED 2008 AUG 27 PM 1:31 BY DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

FILED U.S. DISTRICT COURT DISTRICT OF COLORADO
2008 AUG 22 AM 11:43
GREGORY C. LANGHAM CLERK
BY ______ DEP. CLK

August 15, 2008

Clerk, U.S. District Court
District of Colorado
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294

Re: 08mj2364, USA v. Salazar-Villa

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other | Notice of Attorney Appearance | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ C. Ecija
Deputy Clerk